Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RHEA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 3:13-cv-00801-JLS-RBB |
| v. ) | |
| ) | |
| NEUHEISEL LAW FIRM, P.C. ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL** |
| Defendant. ) | |
| ) | |
| ) | |

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Date: <u>August 27, 2013</u>

 */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

3:13-cv-699-JLS-BGS

**Certificate of Service**

I, AMY L. BENNECOFF, ESQUIRE, do certify that I served a true and correct copy of Plaintiff's Notice of Voluntary Dismissal upon the following by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

Gloria Zarco, Esq.
Neuheisel Law Firm, P.C.
2277 Fair Oak Blvd., Ste. 305
Sacramento, CA 95825

Date: August 27, 2013

*/s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff